```
1  DANIEL J. BRODERICK, #89424
   Acting Federal Defender
2  ANN H. VORIS, Bar #100433
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  DANIEL PAUL LEE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 6:05-mj-00200 WMW |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE MOTIONS |
| | ) HEARING/TRIAL AND RESET FOR CHANGE |
| v. | ) OF PLEA; ORDER THEREON |
| DANIEL PAUL LEE, | ) Date:  June 6, 2006 |
| | ) Time:  10:00 A.M. |
| Defendant. | ) Judge: Hon. William M. Wunderlich |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel **that the hearing on motions and trial in the above-referenced matter now set for April 26, 2006, may be continued to June 6, 2006, at 10:00 A.M. for change of plea**  The government has made an offer which Mr. Lee has accepted telephonically.

This continuance is sought by counsel for defendant because the blood sample taken at the time of defendant's arrest in this matter was not forwarded to a laboratory in time for an independent retest and evaluation in time to allow the defendant to file any appropriate motions prior to the trial date now set.

///

///

///

///

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

DATED: April 24, 2006        /s/ Elizabeth Waldow
ELIZABETH WALDOW
Chief Legal Officer
National Park Service
Attorney for Plaintiff

DANIEL J. BRODERICK
Acting Federal Defender

DATED: April 24, 2006     By /s/ Ann H. Voris
ANN H. VORIS
Assistant Federal Defender
Attorneys for Defendant
DANIEL PAUL LEE

## O R D E R

**IT IS SO ORDERED.** Time is hereby excluded in the interest of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

DATED: April ____, 2006

IT IS SO ORDERED.

**Dated:    April 25, 2006**        /s/  William M. Wunderlich
mmkd34                    UNITED STATES MAGISTRATE JUDGE

Stipulation to Continue Motions Schedule, Motions
Hearing and Trial Date; [Proposed] Order Thereon